474

Before JOLLY, DAVIS and OWEN, Circuit Judges.

PER CURIAM: *

Luis Noe Castillo–Sierra (Castillo) appeals his guilty-plea conviction and sentence for illegal reentry into the United States following deportation. Castillo argues that the district court erred in enhancing his sentence under U.S.S.G. § 2L1.2(b)(1)(A)(ii) based on a prior Texas robbery conviction. Because Castillo did not raise this issue in the district court, review is limited to plain error. *United States v. Calverley*, 37 F.3d 160, 162–64 (5th Cir.1994) (en banc).

Under § 2L1.2(b)(1)(A)(ii), a defendant's base offense level is increased by 16 levels if he was previously deported after being convicted of a crime of violence. Robbery is an offense enumerated as a crime of violence in the application notes to § 2L1.2. § 2L1.2, comment. (n.1(B)(iii)). Castillo has not shown that the district court's increase in his offense level pursuant to § 2L1.2 based on his prior robbery conviction, a specifically enumerated offense under the commentary to § 2L1.2, was a "clear or obvious" error. *See United States v. Rayo–Valdez*, 302 F.3d 314, 317 (5th Cir.2002).

Castillo argues that 8 U.S.C. § 1326(b) is unconstitutional. He acknowledges that this argument is foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), but raises the argument to preserve it for further review. We have "repeatedly rejected arguments like the one made by [Castillo] and ... held that *Al-*

*mendarez–Torres* remains binding despite *Apprendi[ v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000).]" *United States v. Garza–Lopez*, 410 F.3d 268, 276 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005).

AFFIRMED.

Bertha THOMAS, et al., Plaintiffs–Appellants,

v.

UNITED STATES of America, Veterans Administration and Department of Secret Service, Defendant–Appellee.

No. 05–30408
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 11, 2006.

Bertha Thomas, Amite, LA, Robert Thomas, Amite, LA, Elizabeth Thomas, Amite, LA, for Plaintiffs–Appellants.

Ruth Morris Force, Assistant U.S. Attorney, Margaret Montgomery Groome, Assistant U.S. Attorney, William P. Gibbens, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before HIGGINBOTHAM, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed essentially for the reasons stated in its careful Order and Reasons of March, 31, 2005.

AFFIRMED.

Theresa RAGER, Plaintiff–Appellant,

v.

GULF BEACH RESORT HOTEL, INC., Defendant–Appellee.

No. 05–60291.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

William Barrow Weatherly, Weatherly Law Office, Gulfport, MS, for Plaintiff–Appellant.

Trace Dene McRaney, Dukes, Dukes, Keating & Faneca, Gulfport, MS, for Defendant–Appellee.

Before HIGGINBOTHAM, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed essentially for the reasons stated in its careful Memorandum Opinion and Order of March 9, 2005.

AFFIRMED.

Nino Castellania GIBSON,
Petitioner–Appellant,

v.

Doug DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondent–Appellee.

No. 04–20456.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.